UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Zeidelina S.H., J.U.S., and H.U.S., | Civ. No. 26-952 (JWB/ECW) |
| Petitioners, | |
| v. | |
| Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; Todd Lyons, *in his official capacity as Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | **ORDER** |
| Respondents. | |

---

Petitioners Zeidelina S.H., J.U.S., and H.U.S. filed a joint Petition for Writ of Habeas Corpus. (Doc. No. 1.) For purposes of managing the docket, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to initiate two new proceedings using the Petition for Writ of Habeas Corpus (Doc. No. 1) that initiated this action as the pleading in those matters. J.U.S. and H.U.S. shall be the Petitioners in those proceedings, while Zeidelina S.H. shall remain the Petitioner in this proceeding. The three matters shall be related.

2. Petitioners J.U.S. and H.U.S. are **DISMISSED WITHOUT PREJUDICE** from this proceeding.

3. The Order for Response and Enjoining Removal from the State (Doc. No. 4) applies equally in the new proceedings. Respondents must answer both Petitions by **February 4, 2026**, and shall not remove, transfer, or otherwise facilitate the removal of Petitioners from the District of Minnesota pending further order of this Court.

Date: February 3, 2026

 *s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge